NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE PLAZA UNIT 49, LLC,                    )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D20-360
                                           )
THE BANK OF NEW YORK MELLON, f/k/a )
THE BANK OF NEW YORK as successor in)
interest to J.P. MORGAN CHASE BANK,   )
N.A. as indenture trustee for NOVASTAR  )
MORTGAGE FUNDING TRUST, SERIES  )
2006-1, NOVASTAR HOME EQUITY LOAN)
ASSET-BACKED CERTIFICATES SERIES )
2006-1, AND CAROLINA LANDINGS AT    )
UNIVERSITY PLACE CONDOMINIUM      )
ASSOCIATION, INC.,                        )
                                           )
          Appellees.                       )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Manatee
County; Charles P. Sniffen, Judge.

Gregory Bryl of Sunny Isles Beach, For
Appellant.

Kimberly S. Mello of Greenburg Traurig,
P.A., Orlando, For Appellee, The Bank of
New York Mellon, F/K/A The Bank of New
York as successor in interest to JP Morgan
Chase Bank, N.A. as Indenture Trustee for
Novastar Mortgage FundingTrust, Series
2006-1, Novastar Home Equity Loan Asset

Backed Certificates Series 2006-1.

Joseph H. Picone of Greenburg Traurig, P.A, Tampa, For Appellee, The Bank of New York Mellon, F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Indenture Trustee for Novastar Mortgage Funding Trust, Series 2006-1, Novastar Home Equity Loan Asset Backed Certificates Series 2006-1.


PER CURIAM.

       Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.